## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DAVID SCRIP, | : | No. 330 WAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| DEBBIE O'DELL SENECA, IN HER | : | |
| INDIVIDUAL CAPACITY AS PRESIDENT | : | |
| JUDGE OF THE COURT OF COMMON | : | |
| PLEAS OF WASHINGTON COUNTY; | : | |
| THOMAS JESS IN HIS OFFICIAL AND | : | |
| INDIVIDUAL CAPACITY AS BOTH | : | |
| DIRECTOR OF PROBATION SERVICES | : | |
| AND DEPUTY COURT ADMINISTRATOR | : | |
| OF THE COURT OF COMMON PLEAS | : | |
| OF WASHINGTON COUNTY; DANIEL | : | |
| CLEMENTS IN HIS OFFICIAL AND | : | |
| INDIVIDUAL CAPACITY AS DIRECTOR | : | |
| OF THE WASHINGTON COUNTY | : | |
| JUVENILE PROBATION OFFICE/CHIEF | : | |
| PROBATION OFFICER; AND COUNTY | : | |
| OF WASHINGTON, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 29th day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.